Lois H. Goodman, Esq.
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711
Attorneys for Defendants, Robert Swift, Stephen F. Burg, Adesoji Adelaja and Martin Biggs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BHUWAN PANDEY,<br><br>        Plaintiff,<br><br>v.<br><br>XECHEM INTERNATIONAL CORPORATION; ROBERT SWIFT; STEPHEN F. BURG; ADESOJI ADELAJA; MARTIN BIGGS, RAMESH PANDEY; JOHN AND JANE DOES 1-25; and ABC CORPORATIONS 1-25,<br><br>        Defendants. | Civil Action No. 07 cv 5123(PGS)<br><br>**ORDER QUASHING SERVICE OF PROCESS AND DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(5) AS TO DEFENDANTS, ROBERT SWIFT, STEPHEN F. BURG, ADESOJI ADELAJA, AND MARTIN BIGGS**<br><br>(Returnable January 28, 2008) |

This matter having been opened to the Court by way of motion filed by Defendants, Robert Swift, Stephen F. Burg, Adesoji Adelaja and Martin Biggs by their attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP seeking the entry of an Order quashing service of process and dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(5); and the Court having considered the papers submitted and oral argument, if any; and for good cause shown;

**IT IS** on this ___3___ day of ___April___, 2008,

**ORDERED, ADJUDGED AND DECREED** that Service as to Defendants, Robert Swift, Stephen F. Burg, Adesoji Adelaja and Martin Biggs shall be, and it hereby is, quashed; and it is further

ORDERED, ADJUDGED AND DECREED that Plaintiff, Bhawan Pandey's Complaint is hereby dismissed ~~without prejudice~~ ~~as to Defendants, Robert Swift, Stephen F. Burg, Adesoji Adelaja and Martin Biggs.~~ It is further Ordered that plaintiff must re-serve within 30 days; and if not served within 30 days, the Complaint is dismissed without prejudice.

_____
Honorable Peter G. Sheridan, U.S.D.J.

2